3:21MJ973 (TOF)

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATIONS FOR SEARCH WARRANTS

I, Brian Hanko, being duly sworn, hereby depose and state as follows:

## BACKGROUND OF AFFIANT

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2017. My experience as an FBI Special Agent has included the investigation of violent crimes, counterintelligence, and public corruption. Since 2020, I have been assigned to investigate human trafficking and crimes against children and have participated in multiple investigations involving child exploitation, trafficking of child pornography, and online enticement of minors. I received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal law procedures. I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, and I am authorized by the Attorney General to request search and arrest warrants.

2.      I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.      I make this affidavit in support of a criminal complaint charging MICHAEL FERRO with 18 U.S.C. § 2251 (Sexual Exploitation of Children); 18 U.S.C. 2252A(a)(2) (Distribution and Attempted Receipt of Child Pornography); and 18 U.S.C. 2422(b) (Attempted Enticement to Engage in Illegal Sexual Activity) (Collectively the "**Target Offenses**"). Each of the TARGET OFFENSES are set forth here:

a. 18 U.S.C. § 2251 - Sexual exploitation of children -- provides, (a)Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

b. 18 U.S.C. § 2252A(a)(2) and (b) - Certain activities relating to material constituting or containing child pornography - provides, "Any person who—... (2)knowingly receives or distributes—(A)any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; or (B)any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer... [or attempts to violate this statute shall be punished]

c. 18 U.S.C. § 2422(b)Whoever, using the mail or any facility or means of interstate or foreign commerce... knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall [be punished].

4. The statements contained in this affidavit are based in part on information provided by witnesses with first-hand knowledge of the events described herein, other members of local, state, and federal law enforcement, data extracted from at least one cellular phone, my own investigation, to include personal observations, documents, and other investigative materials that I have reviewed, as well as on my training and experience as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable

cause exists to support the issuance of a criminal complaint and an arrest warrant and does not set forth all of my knowledge about this matter

## GENERAL DEFINITIONS

5. The following definitions apply to this Affidavit:

   a. "Minor," as used herein, is defined by 18 U.S.C. § 2256(1) to mean any person under the age of eighteen years.

   b. "Child Pornography" is defined by 18 U.S.C. § 2256(8) to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

   c. "Visual depiction" includes undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

   d. "Sexually explicit conduct" means actual or simulated (i) sexual intercourse, including genital/genital, oral/genital, anal/genital, or oral/anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals or pubic area of any person. 18 U.S.C. § 2256(2)(A).

## BACKGROUND CONCERNING KIK

6. Kik is a free smartphone messenger application that, according to its Law Enforcement Guide (the "Guide"), "lets users connect with their friends and the world around them through chat." The Guide states that users can "send text, pictures, videos and more – all within the app."[1] To use the Kik application, a user downloads the application to a mobile phone,

---

[1] Available at https://lawenforcement.kik.com/hc/en-us/articles/360039841472-Law-Enforcement-Guide (last accessed December 7, 2020).

computer, or other digital device via a service such as Apple's App Store or the Google Play Store. *Id.* Once the Kik application is downloaded and installed, the user creates an account and a unique username that cannot be changed. However, the user may change their display name. Once the user has created an account, the user is able to locate others via a search feature.

7. A Kik profile generally includes a profile picture, a username, and a display name

   a. A profile picture may include a photograph or other depiction chosen by the user of the account.

   b. The display name is created by the user and may be the user's actual name (such as "Jane Doe") or another personal identifier. The display name is not unique (for example, there may be hundreds of people with the display name Jane Doe).

   c. The username is a unique identifier for the Kik user. It is not uncommon for the username to be a combination of letters and numbers (for example, the username might be janedoe99).

   d. While a user may change his or her display name, the username for a Kik account stays constant for the duration of that account. In order to change a username, the user would have to create a different Kik account.

   e. According to "Kik's Guide for Law Enforcement," Kik users are also able to create chat groups with a limited number of individuals to communicate in a group setting and exchange text messages, images, and videos. These groups are administered by the group creator, who has the authority to remove and ban other users from the created group. Once the group is created, Kik users have the option of sharing items, such as photos or videos, to the group as a whole or to any other user. These groups are frequently created with a group name containing a hashtag (#) that is easily identifiable or searchable by keyword. After a group is created, the original administrator can also designate other administrators for the group

## BACKGROUND AND SUMMARY

8. Throughout the relevant time period, the FBI field office in New Haven, Connecticut was engaged in an undercover operation ("UCO") to identify individuals who have a

sexual interest in children. As part of the UCO, the FBI monitors certain online platforms, including using an Online Covert Employee ("OCE")[2] to interact with such individuals.

9. In the instant investigation, the OCE was using the Kik platform. The OCE was posing as a 33-year-old male who is the father of a 12-year-old female residing in Connecticut. The OCE's Kik profile image is not of an actual child but gives the appearance of a minor female. On August 18, 2021, the OCE was in a Kik group that – based on its hashtag, was focused on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The exact name of the Kik group is known to your affiant but is not included in this affidavit because it is part of an ongoing investigation. Michele.Mona was also a member of the Kik group.

10. On August 18, 2021, the OCE sent a message to this Kik group which read, "33/m dad of daughter". At approximately 1:58PM(EST), the OCE received an unsolicited direct message[3] from a Kik user with the username "Michele.Mona". The OCE and "Michele.Mona" continued to communicate throughout the day until approximately 9:33PM(EST).

11. The initial chats were as follows:

| From | Message |
|---|---|
| **Michele.Mona** | Hey |
| **OCE** | Hey what's up? |
| **Michele.Mona** | Nm[4] u? <br> are you active with your daughter?[5] |
| **OCE** | Nothing <br> as active as I can be |

---

[2] The OCE is certified and trained by the FBI to engage in online undercover investigations using a false persona

[3] A "direct message" is a mode of chatting directly with another Kik user or users. In this case, only the OCE and "Michele.Mona" were participants in the chat

[4] Based on my training and experience, I believe "Nm u" stands for "Not much. You?"

[5] based on my training and experience, I know the term "active" is used to describe being sexually active. The affiant believes that in this instance, "Michele.Mona" was asking the OCE if the OCE was sexually active with the OCE's purported daughter.

| | |
|---|---|
| | [redacted] |
| Michele.Mona | Yes |
| | What does that detail? |
| OCE | she lives with her mom and visits every few weekends so don't get to see her as much as I'd like |
| Michele.Mona | Do you do Anything tho? |
| OCE | yeah |
| Michele.Mona | What? |
| OCE | bro why don't you tell me a little but about what you do. you got a lot of questions without giving anything in return you must be from Mississippi[6] |
| Michele.Mona | [redacted] |
| OCE | [redacted] |
| Michele.Mona | Just some touching and massaging right now |
| OCE | [redacted] |
| Michele.Mona | No |
| | What do you do? |
| OCE | everything but fucking her for now |
| Michele.Mona | Mmmmm They deserve it right? |
| OCE | deserve it? wym? [what do you mean?] |
| Michele.Mona | Deserve to be played with |
| OCE | I mean my girl loves it |
| Michele.Mona | Does her mom know? |
| OCE | nah |
| Michele.Mona | [redacted] |
| OCE | I see you're a man of mystery mines 12 her names [omitted] |
| Michele.Mona | Mmm [redacted] |

---

[6] The OCE mentioned "Mississippi" in an attempt to elicit Michele.Mona to respond with the state where he resides.

12.     After "Michele.Mona" responded ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and "too many fakes on here just looking to collect". The OCE did not define what type of photo he wanted to receive and did not request a sexually explicit photo. Prior to this request by the OCE, no images had been shared in this chat interaction. "Michele.Mona" responded yes but stated he could not send it right now because he was at work. At 2:59PM(EST) the OCE responded "cool maybe we can share some shit later" and "I'll be around just hit me up".

13.     Approximately ten minutes later, at 3:08PM(EST), "Michele.Mona" sent a "live photo" which depicted a lascivious display of the naked genitals ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ The image depicts the area of the child's belly button to upper thigh. The child's face is not in the picture.[7] The OCE responded to the photo by saying "oh damn" "that's fucking sweet. you just take that? thought you were at work" "shit what you do for work hahaha". "Michele.Mona" replied, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "Hahah". "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[7] The images is available for the Court's review.

■■■■■, "Does [name of OCE's purported daughter] think it's weird or fight back at Aomori(sic)? "All*?". The affiant believes that "Michele.Mona" was referencing the OCE's sexual activity with the OCE's purported daughter.

14. During this exchange, "Michele.Mona" asked the OCE if he had "any more pics[8]". The OCE responded he had lots but was unable to send them right away because he was at work. "I'm on the east coast so it's only 330 here not sure where you are". This was an attempt by the OCE to illicit a response from "Michele.Mona" which would indicate his geographical location. "Michele.Mona" responded, "Same where at?" The OCE then provided the OCE's location as Southington, Connecticut and "Michele.Mona" provided his location as Avon, Connecticut.

15. After establishing that the OCE and "Michele.Mona" reside in the same state, "Michele.Mona" expressed an interest in sharing children with the OCE.

| From | Message |
| --- | --- |
| Michele.Mona | Want to share? |
| OCE | share what pics or irl[9] |
| Michele.Mona | Irl |
| OCE | oh hell yeah |
| Michele.Mona | Mmm would [name of OCE purported daughter] enjoy that? |
| OCE | hmm I could run it by her for sure<br>just tell her I have a friend that thinks she's cute |
| Michele.Mona | Mmm<br>I'm good looking and have a big cock |
| OCE | she'll probably be nervous to meet a stranger<br>but we may be able to convince her |
| Michele.Mona | Yea ;)<br>How old |

---

[8] It is not clear why Michele.Mona refers to **more** pics because the UC did not send any pictures. In the Kik group, the OCE observed that several users indicated that they were sending Michele.Mona a direct message. It is possible that Michele.Mona confused the OCE with another Kik user.

[9] Based on my training and experience, I know that the term 'irl' is shorthand for in real life.

| | |
|---|---|
| OCE | She's 12 |
| Michele.Mona | This will be fun |
| OCE | what would you like her to do for you. she'll probably want to know |
| Michele.Mona | Mutual Massage, let me lick |
| OCE | Mm alright<br>let's talk details on this. when you thinking?<br>and where do we go. |
| Michele.Mona | Can you host? Or hotel? |
| OCE | I mean I could host but I dunno. I trust you but I don't know that much about u ya know |
| Michele.Moran | Yea I'm nervous too lol<br>Can't wait to see her<br>No more pics on your phone ? |
| OCE | nah but as soon as I jet home I will load them up<br>what would you like to see<br>I have everything |
| Michele.Mona | Everything |
| OCE | as in?<br>haha<br>I have A LOT |
| Michele.Mona | Mmmmm nude<br>Tits, ass, vag, feet |

16.     After this exchange, the OCE continued to communicate with "Michele.Mona" in an attempt to get more details about his identity. During this exchange, "Michele.Mona" disclosed that he and his wife were both 35 years-old. He also disclosed that they moved to Connecticut approximately one year ago, they have three children and his wife was pregnant with a fourth.

17.     ███████████████████████████████████████████████████████████

18.     The OCE provided Michele.Mona an opportunity to recant his previous request to meet for sexual activity with the OCE's 12-year-old daughter. The OCE asked "but for real you want me to run this by [name of OCE's purported daughter] when I get home." "about meeting up". Michele.Mona responded, "Yes" and then asked, "Maybe I can talk to her on kik". The OCE responded, "she doesn't have a kik that I knownof(sic) at least". Michele.Mona replied, "I would really like to talk to her on here" "I can't text cause I can't get caught". The OCE responded, "I can definitely see maybe she can use my account" to which Michele.Mona replied, "Mmmm" "My cock is throbbing thinking about her".

19.     During their communications, Michele.Mona sent the OCE several images that were not child pornography  For example, Michele.Mona sent pictures he purported to be his wife as well as the images described in paragraph 30 below that appeared to be taken at a sporting goods store, an ice cream shop and on a public sidewalk.

20.     Michele.Mona continued to make requests for the OCE to send pictures. When "Michele.Mona" learned the OCE was home and still had not sent "pics," he commented, "I'm starting to believe she's not real" and "Take live pic". The OCE's final response was, "I will give me a min".

### Identification of Michael Ferro as the Subject

21.     The FBI identified the user of the "Michele.Mona" account as MICHAEL FERRO using a variety of sources including publicly available information, government records, private databases, and subpoenas.

22.     The FBI served an Emergency Disclosure Request on Kik for the user account "Michele.Mona". Kik's response dated August 18, 2021 provided Internet Protocol (IP) logs related to the account. Results of the Emergency Disclosure Request provided by Kik indicated

that the account was connected to IP address 71.234.127.221 approximately 392 instances from August 11, 2021 through August 18, 2021. The FBI filled out an Emergency Disclosure Form for Comcast, the company responsible for the IP address 71.234.127.221. Results of the Emergency Disclosure Form provided by Comcast indicated that the requested IP address resolved to a Michael Ferro [street address omitted] in Avon, CT.

23. The information provided by Kik and Comcast indicating the user of the Michele.Mona account was located in Avon was consistent with the chat interaction with the OCE in which "Michele.Mona" identified himself as a resident of Avon as well as open source and government databases indicating FERRO's address as Avon, Connecticut.

24. Through publicly available, open-source information, your affiant located a social media account of FERRO's wife. According to the photos posted to this account, it appeared that FERRO and his wife had three children. This was consistent with the chats between "Michele.Mona" and the OCE, in which "Michele.Mona" stated, "I have three kids and a preg wife". This information led your affiant to believe that FERRO and his wife were the only adults at that their residence and resided with three minor children.

25. During chats with the OCE, "Michele.Mona" said he was 35 years old. According to the Connecticut Department of Motor Vehicles records, FERRO was born in 1985 and is 35 years old.

### SEIZURE OF THE TARGET PHONE

26. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████ At approximately 11:28 p.m. (EST) on August 18, 2021, agents of the Federal Bureau of Investigation (FBI) as well as an officer from the Town of

Avon accompanied ▬▬▬▬▬▬▬▬▬▬▬ to FERRO's residence in Avon. At 11:30PM(EST), a call was placed, which went unanswered, from the Avon Police Department Duty Sergeants cellular phone to a phone number the Police Department had on file for Michael Ferro.

27.   FERRO exited his home after noticing the headlights in his driveway. Your affiant briefly discussed recent car thefts in the area. Your affiant introduced himself and his partner as agents with the FBI from the Crimes Against Children unit and introduced FERRO to ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ An FBI agent noticed a cellular telephone protruding from FERRO's right front pocket. FERRO confirmed it was his phone and the agent seized the device based on probable cause to believe evidence of the TARGET OFFENSES existed on the device and to prevent destruction of such evidence.

28.   After asking FERRO several questions, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ advised FERRO that he needed to leave the home while they investigated the allegations. Thereafter, FERRO agreed to a voluntary, non-custodial interview with your affiant, which was audio recorded. The interview took place in FERRO's driveway. During the interview, FERRO made inculpatory and exculpatory statements. In addition, FERRO stated that he deleted the live photo that the OCE received. After the interview, law enforcement accompanied FERRO into his home while he packed his belongings.

### REVIEW OF FERRO'S CELLULAR PHONE

29.   On August 23, 2021 a federal search warrant authorized a search of the cell phone seized from FERRO on August 18, 2021. Your affiant reviewed a digital extraction of FERRO's phone and noted the following information relevant to the investigation:

  a. On August 19, 2021 at 3:30:34 AM(UTC+0)[10], approximately the time law enforcement were at FERRO's residence, the mobile application 'Kik' was uninstalled from FERRO's phone.

  b. 26 log entries for 'Kik Messenger' appear on the extraction under the Log Entries section. Based on my training and experience, this indicates that Kik was installed on the device and was being used prior to it being uninstalled.

  c. Under the User Dictionary section of the extraction, the term "michelemona69" appears 34 times. Based on my training and experience, this indicates that the term "michelemona69" was used at least 34 times on FERRO's phone.

30.  The image described in Paragraph 13 above was not located in the extraction. However, the extraction recovered several photos from the "Images" section which were consistent with non-exploitative photos sent from Kik user michele.mona to the OCE during their chat interaction. These photos include but are not limited to:

  a. Image 1: An image with MD5 ending in cbc6bc26 with a creation date of 8/18/2021 8:51:54PM(UTC+0). Which depicts a young female wearing dark colored shorts, a white tank top, and white Nike tennis shoes who appears to be in a sporting goods store.

  b. Image 2: An image with MD5 ending in e7f7f8ae with a creation date of 8/18/2021 9:59:42PM(UTC+0). Which depicts three young females in what appears to be an ice cream store. Female1, who appears to be the main focus of the photo, is depicted wearing dark colored shorts or a skirt, a light blue colored top and is holding an ice cream cone. Female2 is depicted wearing pink sandals, pink bottoms, and a white t-shirt. Female2 is holding Female3.

  c. Image 3: An image with MD5 ending in d192d05b with a creation date of 8/18/2021 10:07:01PM(UTC+0). Which depicts two females walking on the sidewalk of what appears to be a shopping center. Female4 is depicted wearing blue shorts and a white shirt and Female5 is depicted wearing jean shorts and a pink tank top.

---

[10] Using an online date converter, 8/19/2021 3:30:34AM(UTC+0) converts to 8/18/2021 11:30:34PM(EST).

## CONCLUSION

31. Based on the information in this affidavit, I submit that there is probable cause to believe, and I do believe, that MICHAEL FERRO committed the TARGET OFFENSES as set forth in this affidavit. Accordingly, I respectfully request that a criminal complaint and arrest warrant be issued authorizing the arrest of MICHAEL FERRO on those charges.

Respectfully submitted,

**BRIAN HANKO** Digitally signed by BRIAN HANKO
Date: 2021.09.27 14:31:01 -04'00'

Brian Hanko
Special Agent
Federal Bureau of Investigation

The truth of the foregoing affidavit has been attested to me by FBI Special Agent Brian Hanko over the telephone on September 27, 2021.

Date: 2021.09.27 15:34:50 -04'00'
UNITED STATES MAGISTRATE JUDGE